UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-34776 |
| | § | |
| CHRISTOPHER M. SANCHEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $10,128.43 | Assets Exempt: | $8,162.98 |
| Total Distributions to Claimants: | $1,187.73 | Claims Discharged Without Payment: | $61,513.78 |
| Total Expenses of Administration: | $436.23 | | |

3) Total gross receipts of $2,082.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $458.04 (see **Exhibit 2**), yielded net receipts of $1,623.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $9,659.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $436.23 | $436.23 | $436.23 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $82,484.25 | $47,167.76 | $27,428.26 | $1,187.73 |
| **Total Disbursements** | $92,143.25 | $47,603.99 | $27,864.49 | $1,623.96 |

4). This case was originally filed under chapter 7 on 10/13/2015. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>04/04/2017</u>              By:   <u>/s/ David P. Leibowitz</u>
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2015 Income Tax Refund | 1224-000 | $2,082.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,082.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| CHRISTOPHER SANCHEZ | Exemptions | 8100-002 | $458.04 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$458.04** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MATCO Tools | 4110-000 | $9,659.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$9,659.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $405.99 | $405.99 | $405.99 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $18.33 | $18.33 | $18.33 |
| Green Bank | 2600-000 | NA | $11.91 | $11.91 | $11.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$436.23** | **$436.23** | **$436.23** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Student Funding Group, LLC | 7100-000 | $8,217.00 | $7,688.76 | $7,688.76 | $332.95 |
| 2 | Navient Solutions, Inc. on behalf of | 7100-000 | $19,497.00 | $19,739.50 | $19,739.50 | $854.78 |
| 3 | Navient Solutions, Inc. on behalf of | 7100-000 | $19,497.00 | $19,739.50 | $0.00 | $0.00 |
|  | AARON MANAGEMENT SERVICES | 7100-000 | $24,646.77 | $0.00 | $0.00 | $0.00 |
|  | ONEMAIN Financial | 7100-000 | $10,626.48 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $82,484.25 | $47,167.76 | $27,428.26 | $1,187.73 |

Case 15-34776   Doc 31   Filed 04/12/17   Entered 04/12/17 15:30:22   Desc Main
Document   Page 5 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   1                Exhibit 8

| Case No.: | 15-34776 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SANCHEZ, CHRISTOPHER M. | Date Filed (f) or Converted (c): | 10/13/2015 (f) |
| For the Period Ending: | 4/4/2017 | §341(a) Meeting Date: | 12/02/2015 |
| | | Claims Bar Date: | 06/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Unscheduled 2015 Income Tax Refund (u) | $0.00 | $1,623.96 | | $2,082.00 | FA |
| Asset Notes: | $458.04 is Debtor's pro-rated portion of 2015 tax refund | | | | | |
| 2 | Cash on hand | $185.00 | $0.00 | | $0.00 | FA |
| 3 | Chase checking # 7185 | $20.55 | $0.00 | | $0.00 | FA |
| 4 | Chase savings # 7107 | $369.86 | $0.00 | | $0.00 | FA |
| 5 | Living room set, dining room set, bedroom furniture Location: 3550 W. Belle Plaine Ave., Chicago IL 60618 | $1,856.00 | $927.43 | | $0.00 | FA |
| Asset Notes: | Insufficient equity to administer | | | | | |
| 6 | coat, pants, shirts Location: 3550 W. Belle Plaine Ave., Chicago IL 60618 | $362.00 | $0.00 | | $0.00 | FA |
| 7 | 2000 Ford Explorer Location: 3550 W. Belle Plaine Ave., Chicago IL 60618 | $2,475.00 | $75.00 | | $0.00 | FA |
| Asset Notes: | Insufficient equity to administer | | | | | |
| 8 | Tools Location: 3550 W. Belle Plaine Ave., Chicago IL 60618 | $3,897.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | $2397 Wildcard exemption $1500 tools of trade exemption | | | | | |
| 9 | Tool box with tools, bought on credit. Dunbar Armored, Inc. 4500 W. Chicago Ave. Chicago, Il 60651 | $9,126.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | trustee evaluated liens and found them to be valid | | | | | |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**

$18,291.41        $2,626.39        $2,082.00        $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 15-34776 | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SANCHEZ, CHRISTOPHER M. | | **Date Filed (f) or Converted (c):** | 10/13/2015 (f) |
| **For the Period Ending:** | 4/4/2017 | | **§341(a) Meeting Date:** | 12/02/2015 |
| | | | **Claims Bar Date:** | 06/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/30/2016   2016 Reporting Period:
Asset: unscheduled 2015 tax refund
Claims bar date: 6/16/2016
Claims have been reviewed - objection to a duplicate claim needed.
Once claim 3 is withdrawn/disallowed, case ready for tfr.

**Initial Projected Date Of Final Report (TFR):**   06/30/2017     **Current Projected Date Of Final Report (TFR):**     /s/ DAVID LEIBOWITZ
                                                                                                                        DAVID LEIBOWITZ

Page No: 1     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-34776 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SANCHEZ, CHRISTOPHER M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1648 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Sanchez, Christopher |
| For Period Beginning: | 10/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2016 | | United States Treasury | Unscheduled 2015 Income Tax Refund | * | $2,082.00 | | $2,082.00 |
| | {1} | | Estate's share of 2015 Income Tax Refund    $1,623.96 | 1224-000 | | | $2,082.00 |
| | {1} | | Debtor's pro-rated portion of 2015 Income Tax Refund    $458.04 | 1224-002 | | | $2,082.00 |
| 03/24/2016 | 3001 | CHRISTOPHER SANCHEZ | Debtor's pro-rated portion of 2015 Income Tax Refund | 8100-002 | | $458.04 | $1,623.96 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.66 | $1,622.30 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.61 | $1,619.69 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.52 | $1,617.17 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.52 | $1,614.65 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.60 | $1,612.05 |
| 03/01/2017 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $405.99 | $1,206.06 |
| 03/01/2017 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $18.33 | $1,187.73 |
| 03/01/2017 | 3004 | Student Funding Group, LLC | Amount Claimed: 7,688.76; Distribution Dividend: 4.33; Claim #: 1; | 7100-000 | | $332.95 | $854.78 |
| 03/01/2017 | 3005 | Navient Solutions, Inc. on behalf of | Amount Claimed: 19,739.50; Distribution Dividend: 4.33; Claim #: 2; | 7100-000 | | $854.78 | $0.00 |

**SUBTOTALS**     $2,082.00     $2,082.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34776 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | SANCHEZ, CHRISTOPHER M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1648 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Sanchez, Christopher |
| For Period Beginning: | 10/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,082.00 | $2,082.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,082.00 | $2,082.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $458.04 | |
| | | | **Net** | | $2,082.00 | $1,623.96 | |

**For the period of 10/13/2015 to 4/4/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,623.96 |
| Total Non-Compensable Receipts: | $458.04 |
| Total Comp/Non Comp Receipts: | $2,082.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,623.96 |
| Total Non-Compensable Disbursements: | $458.04 |
| Total Comp/Non Comp Disbursements: | $2,082.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/14/2016 to 4/4/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,623.96 |
| Total Non-Compensable Receipts: | $458.04 |
| Total Comp/Non Comp Receipts: | $2,082.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,623.96 |
| Total Non-Compensable Disbursements: | $458.04 |
| Total Comp/Non Comp Disbursements: | $2,082.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2                                                                                   Page No: 3      Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34776 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SANCHEZ, CHRISTOPHER M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1648 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Sanchez, Christopher |
| For Period Beginning: | 10/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,082.00 | $2,082.00 | $0.00 |

**For the period of 10/13/2015 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,623.96 |
| Total Non-Compensable Receipts: | $458.04 |
| Total Comp/Non Comp Receipts: | $2,082.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,623.96 |
| Total Non-Compensable Disbursements: | $458.04 |
| Total Comp/Non Comp Disbursements: | $2,082.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/13/2015 to 4/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,623.96 |
| Total Non-Compensable Receipts: | $458.04 |
| Total Comp/Non Comp Receipts: | $2,082.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,623.96 |
| Total Non-Compensable Disbursements: | $458.04 |
| Total Comp/Non Comp Disbursements: | $2,082.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ